# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re: SATTCOM VIDEO, LLC  § Case No. 18-16467-ABL
                          §
                          §
                          §
Debtor(s)                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Brian D. Shapiro, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $386,027.22       Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $415,573.55       Claims Discharged
                                                   Without Payment: N/A

Total Expenses of Administration: $346,419.25

---

3) Total gross receipts of $ 761,992.80 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $761,992.80 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $433,019.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 346,419.25 | 346,419.25 | 346,419.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 12,776,946.06 | 22,380,982.33 | 22,380,982.33 | 415,573.55 |
| **TOTAL DISBURSEMENTS** | $13,209,965.06 | $22,727,401.58 | $22,727,401.58 | $761,992.80 |

      4) This case was originally filed under Chapter 7 on October 29, 2018. The case was pending for 37 months.

      5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

      6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/13/21          By: /s/Brian D. Shapiro
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Deposit Return | 1290-000 | -5,000.00 |
| Deposit in error | 1290-000 | 10,000.00 |
| Deposit return | 1290-000 | -5,000.00 |
| Avoidable transfer claim against Kabbage, Inc. | 1241-000 | 63,647.50 |
| Avoidable transfer claim against Capital One | 1241-000 | 7,000.00 |
| Avoidable Transfer Claim: Sattler AV | 1241-000 | 17,508.00 |
| Avoidable Transfer Claim: Majestic Peak | 1241-000 | 15,000.00 |
| Avoidable Transfer Claim: Goldsmith & Guymon | 1241-000 | 8,346.14 |
| Avoidable Transfer Claim: Leventhal & Assoc | 1241-000 | 9,000.00 |
| Avoidable Transfer Claim: L&S Counselors Ltd | 1241-000 | 5,400.00 |
| Avoidable Transfer Claim: HSBC | 1241-000 | 3,500.00 |
| Avoidable Transfer Claim: TD Bank USA dba Target | 1241-000 | 4,000.00 |
| Avoidable Transfer Claim: BMW | 1241-000 | 17,500.00 |
| Avoidable Transfer Claim: Citibank | 1241-000 | 99,999.00 |
| Avoidable Transfer Claim: American Express | 1241-000 | 178,000.00 |
| Avoidable Transfer Claim: Chase | 1241-000 | 66,557.24 |
| Avoidable Transfer Claim: Discover | 1241-000 | 17,500.00 |
| Avoidable Transfer Claim: Synchrony Bank | 1241-000 | 16,171.57 |
| Avoidable Transfer Claim: Wells Fargo | 1241-000 | 127,963.35 |
| Avoidable Transfer Claim: US Bank | 1241-000 | 30,000.00 |
| Avoidable Transfer Claim: PHH Mortgage Corp | 1241-000 | 12,000.00 |
| Avoidable Transfer Claim: Capital One Auto Fin. | 1241-000 | 16,300.00 |
| Avoidable Transfer Claim: Bank of America | 1241-000 | 36,600.00 |
| Avoidable Transfer Claim: Harmon Gaming Co | 1241-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$761,992.80** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Kabbage | 4110-000 | 74,519.00 | N/A | N/A | 0.00 |
| NOTFILED | Porsche Financial Services | 4110-000 | 140,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercedes-Benz Financial Services | 4110-000 | 66,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank, N.A. | 4110-000 | 9,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Porsche Financial Services | 4110-000 | 143,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $433,019.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Brian Shapiro | 2100-000 | N/A | 41,349.64 | 41,349.64 | 41,349.64 |
| Trustee Expenses - Brian D. Shapiro | 2200-000 | N/A | 711.04 | 711.04 | 711.04 |
| Other - ATKINSON LAW ASSOCIATES, LTD. | 3210-000 | N/A | 67,051.00 | 67,051.00 | 67,051.00 |
| Other - ATKINSON LAW ASSOCIATES, LTD. | 3220-000 | N/A | 2,505.15 | 2,505.15 | 2,505.15 |
| Other - Mechanics Bank | 2600-000 | N/A | 96.91 | 96.91 | 96.91 |
| Other - Mechanics Bank | 2600-000 | N/A | 89.90 | 89.90 | 89.90 |
| Other - Mechanics Bank | 2600-000 | N/A | 86.76 | 86.76 | 86.76 |
| Other - Mechanics Bank | 2600-000 | N/A | 95.59 | 95.59 | 95.59 |
| Other - Mechanics Bank | 2600-000 | N/A | 92.45 | 92.45 | 92.45 |
| Other - Mechanics Bank | 2600-000 | N/A | 86.34 | 86.34 | 86.34 |
| Other - Mechanics Bank | 2600-000 | N/A | 95.13 | 95.13 | 95.13 |
| Other - Mechanics Bank | 2600-000 | N/A | 89.03 | 89.03 | 89.03 |
| Other - Mechanics Bank | 2600-000 | N/A | 85.92 | 85.92 | 85.92 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 99.23 | 99.23 | 99.23 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 105.47 | 105.47 | 105.47 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 189.82 | 189.82 | 189.82 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 635.20 | 635.20 | 635.20 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 557.58 | 557.58 | 557.58 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 669.20 | 669.20 | 669.20 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 1,056.56 | 1,056.56 | 1,056.56 |
| Other - ATKINSON LAW ASSOCIATES, LTD. | 3210-000 | N/A | 222,631.91 | 222,631.91 | 222,631.91 |
| Other - ATKINSON LAW ASSOCIATES, LTD. | 3220-000 | N/A | 7,071.24 | 7,071.24 | 7,071.24 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 968.18 | 968.18 | 968.18 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $346,419.25 | $346,419.25 | $346,419.25 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bankruptcy Estate of Brandon Sattler | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 2 | JULIE RUSSELL | 7100-000 | 100,000.00 | 132,404.00 | 132,404.00 | 2,470.70 |
| 3 | GRANT WHITCHER | 7100-000 | 2,750,000.00 | 3,628,666.00 | 3,628,666.00 | 67,711.77 |
| 4 | JAMES RUSSELL | 7100-000 | 7,525,975.00 | 9,973,489.00 | 9,973,489.00 | 186,107.66 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Mary Cassidy | 7100-000 | N/A | 1,180,652.97 | 1,180,652.97 | 22,031.26 |
| 6 | Joseph Cassidy | 7100-000 | N/A | 7,177,328.47 | 7,177,328.47 | 133,930.64 |
| 7 -2 | HARDIP BHATTI | 7200-000 | N/A | 110,441.89 | 110,441.89 | 0.00 |
| 8 | American Express National Bank | 7100-000 | N/A | 178,000.00 | 178,000.00 | 3,321.52 |
| NOTFILED | Harmon Gaming Company, Inc. c/o David A. Carroll, Ees., | 7100-000 | 580,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Guy Rizziello | 7100-000 | 125,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Hartford Financial Services Group c/o Brown & Joseph LLC | 7100-000 | 640.00 | N/A | N/A | 0.00 |
| NOTFILED | L & S Counselors LTD | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | liter Hason | 7100-000 | 537,220.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank, N.A. | 7100-000 | 23,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Peter Lexis | 7100-000 | 1,000,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cosmopolitan of Las Vegas | 7100-000 | 98,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Andrew Platt, Esq. | 7100-000 | 14,501.06 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 22,610.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $12,776,946.06 | $22,380,982.33 | $22,380,982.33 | $415,573.55 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-16467-ABL  
**Case Name:** SATTCOM VIDEO, LLC

**Period Ending:** 12/13/21

**Trustee:** (007422) Brian D. Shapiro  
**Filed (f) or Converted (c):** 10/29/18 (f)  
**§341(a) Meeting Date:** 04/08/19  
**Claims Bar Date:** 07/15/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2019 Porsche 911 TurboS VIN ending 0100<br>   Sold as of 10-29-18 | Unknown | 0.00 | | 0.00 | FA |
| 2 | 2018 Lamborghini Huracan VIN ending 8511<br>   Sold as of 10-29-18 | Unknown | 0.00 | | 0.00 | FA |
| 3 | Mercedes E63 AMG VIN ending 8566<br>   Sold as of 10-29-18 | Unknown | 0.00 | | 0.00 | FA |
| 4 | Cash on hand<br>   This was an involuntary petition and once trustee was appointd (after entry of order for relief) there was no cash on hand. | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 5 | Business checking Account at Wells Fargo #8900<br>   Value as of 10-29-18.  Involuntary case, after Court entered order for relief, no funds remained in account | 13,602.22 | 13,602.22 | | 0.00 | FA |
| 6 | Business checking account at Wells Fargo #6376<br>   Value as of 10-29-18 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Business checking Account at Wells Fargo #6442<br>   Value as of 10-29-18 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Cashier's Checks<br>   Debtor's principal testified that funds were gambled. | 250,000.00 | 250,000.00 | | 0.00 | FA |
| 9 | Wells Fargo Bank Certificate of Deposit #9975<br>   Lien is from secured credit card.  A dispute exists between two bankruptcy estates (Sattcom and Brandon Satler).  Both Estates settled issue with Wells Fargo and Sattler Estate has claimed ownership in funds.  Remaining funds are approximated at $12,282.15.  Both Estates have similar creditors and cost to litigate will outweigh benefit to creditors.  Accordingly, Trustee will not pursue. | 25,000.00 | 15,500.00 | | 0.00 | FA |
| 10 | Avoidable transfer claim against James Russell<br>   Debtor overpaid James Russell on loan. Per counsel, case against this creditor is not in the best interest of the estate due to lack of evidence and that this creditor is a main creditor of the estate. | 47,025.00 | 47,025.00 | | 0.00 | FA |
| 11 | Avoidable transfer claim against Grant Whitcher | Unknown | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-16467-ABL  
**Case Name:** SATTCOM VIDEO, LLC  

**Period Ending:** 12/13/21

**Trustee:** (007422) Brian D. Shapiro  
**Filed (f) or Converted (c):** 10/29/18 (f)  
**§341(a) Meeting Date:** 04/08/19  
**Claims Bar Date:** 07/15/19

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
|  | Debtor overpaid Grant Whitcher on loan. Per counsel, case against this creditor is not in the best interest of the estate due to lack of evidence and that this creditor is a main creditor of the estate. |  |  |  |  |  |
| 12 | Avoidable transfer claim against the Cassidys Mary and Joe Cassidy. payments made more than 90 days prior to commencement date. No value to the estate. | 20,400.00 | 20,400.00 |  | 0.00 | FA |
| 13 | Claims against casinos: Hard Rock/Caesars No value to this claim due to contemporaneous value provided in exchange for paying off debt. | Unknown | 200,000.00 |  | 0.00 | FA |
| 14 | Avoidable transfer claim against Kabbage, Inc. (u) Unscheduled claim - Adversary filed 19-01075 on 7-23-19 - case settled for $63,647.50. Motion to approve filed. Order approving settlement entered 10-23-19. DE 170  19-01075 | 0.00 | 68,647.50 |  | 63,647.50 | FA |
| 15 | Avoidable transfer claim against Capital One (u) Undisclosed Asset - Adversary Proceeding Filed - Case has settled for $7000. Order approving settlement entered 2-3-20, DE 204.  19-01076 | 0.00 | 10,857.00 |  | 7,000.00 | FA |
| 16 | Avoidable Transfer Claim: Sattler AV (u) AP against Sattler AV re recovery of transferred property (sale of cars including Lamborghini Huracan). Settled for $17,508.00 paid by Brandon Sattler on behalf of Sattler AV, which is no longer in business. Order approving settlement entered 8-2-19, DE 160. Complaint was amended to add subsequent transferees (See Assets 18-20) - 19-01048 | 0.00 | 315,382.12 |  | 17,508.00 | FA |
| 17 | Avoidable Transfer Claim: Majestic Peak (u) 2018 Ford F150: transferred pre-petition. Settled for $15,000 prior to filing AP. Order approving settlement entered 7-1-19. DE 154 | 0.00 | 15,000.00 |  | 15,000.00 | FA |
| 18 | Avoidable Transfer Claim: Goldsmith & Guymon (u) Case settled for 50% of claim which was $16,692.29 | 0.00 | 20,000.00 |  | 8,346.14 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-16467-ABL  
**Case Name:** SATTCOM VIDEO, LLC  

**Period Ending:** 12/13/21

**Trustee:** (007422) Brian D. Shapiro  
**Filed (f) or Converted (c):** 10/29/18 (f)  
**§341(a) Meeting Date:** 04/08/19  
**Claims Bar Date:** 07/15/19

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
|  | - settled for $8346.14. Order approving settlement entered 1-16-20, DE 196. |  |  |  |  |  |
| 19 | Avoidable Transfer Claim: Leventhal & Assoc (u)   Adversary Proceeding requested recovery of $25,000.00 - settled for $9,000.00. Order approving settlement entered 1-16-20, DE 197. | 0.00 | 25,000.00 |  | 9,000.00 | FA |
| 20 | Avoidable Transfer Claim: L&S Counselors Ltd (u)   Adversary Proceeding requested recovery of $15,000.00 - settled for $5,400. Order approving settlement entered 1-16-20, DE 198. | 0.00 | 15,000.00 |  | 5,400.00 | FA |
| 21 | Avoidable Transfer Claim: HSBC (u)   Pre-petition: $1100.23; Post-Petition: $8290. 5-7-20 Order entered approving employment of cousel to pursue claim. Complaint filed 8-25-20 in adversary case no. 20-1107. Settlement reached for $3,500. Order approving pending. 1-26-21 motion to approve settlement filed; hearing 2-23-21. Order approving settlement entered 2-25-21, doc 286. | 0.00 | 9,390.23 |  | 3,500.00 | FA |
| 22 | Avoidable Transfer Claim: TD Bank USA dba Target (u)   Pre-petition: $5985.96; Post-Petition: $3691.35. 5-7-20 Order entered approving employment of cousel to pursue claim. Complaint filed 8-26-20 in adversary case no. 20-1108.  Agreed to settle case because of issues as to avoidance and collectability of $4K. Order approving settlement entered 3-23-21, doc 301 | 0.00 | 9,677.31 |  | 4,000.00 | FA |
| 23 | Avoidable Transfer Claim: BMW (u)   5-7-20 Order entered approving employment of cousel to pursue claim. Complaint filed 10-5-20 in adversary case no. 20-1126. Alternative claim for unjust enrichment of $43100.  12-21-20 - After examing potential defense, including alter ego claim/insolvency; agreed to resolve for $17,500.00 after negotiations, subject to BK Court approval and payment. 1-26-21 motion to approve | 0.00 | 60,600.00 |  | 17,500.00 | FA |

Exhibit 8

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-16467-ABL  
**Case Name:** SATTCOM VIDEO, LLC  

**Trustee:** (007422)  Brian D. Shapiro  
**Filed (f) or Converted (c):** 10/29/18 (f)  
**§341(a) Meeting Date:** 04/08/19  

**Period Ending:** 12/13/21  
**Claims Bar Date:** 07/15/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| settlement filed; hearing 2-23-21. Order approving settlement entered 2-25-21, doc 287. | | | | | |
| 24  Avoidable Transfer Claim: Citibank (u)<br>    Pre-petition: $363,444.74; Post-Petition: $53,625.60. 5-7-20 Order entered approving employment of cousel to pursue claim. Complaint filed 10-6-20 in adversary case no. 20-1128.<br><br>12-8-20 - considering the potential defenses to this case, case settled for $99,999 but subject to BK Court approval and receipt of funds. 3-29-21 Motion to approve settlement filed; order pending. Order approving settlement entered 5-12-21; doc 336. | 0.00 | 417,070.34 | | 99,999.00 | FA |
| 25  Avoidable Transfer Claim: American Express (u)<br>    Value of claim: $670,000 pre-peitition transfer; $166,625.95 post petition transfer. 5-7-20 Order entered approving employment of cousel to pursue claim. 10-19-20 Complaint filed, adversary case no. 20-1143. Settlement reached for $178,000. 3-29-21 Motion to approve settlement filed; order pending. 5-12-21 order approving settlement entered; doc 335. | 0.00 | 836,629.95 | | 178,000.00 | FA |
| 26  Avoidable Transfer Claim: Chase (u)<br>    5-7-20 Order entered approving employment of cousel to pursue claim. Complaint to avoid transfer filed 10-14-20 Adv case no. 20-1142. Pre-petition avoidable transfer $300.000 (estimated); Post-Petition avoidable transfer: $15,333.13. Settlement reached for $66,557.24. 5-13-21 Motion to approve settlement filed; hearing calendared 6-22-21. 6-24-21 order approving settlement with Chase entered; doc 365. | 0.00 | 315,333.13 | | 66,557.24 | FA |
| 27  Avoidable Transfer Claim: Discover (u)<br>    Value of claim: $28,090.85 pre-peitition transfer; $6,903.12.95 post petition transfer. 5-7-20 Order entered approving employment of cousel to pursue claim. 10-21-20 Complaint filed, adversary case no. 20-1146. | 0.00 | 34,993.97 | | 17,500.00 | FA |

# Form 1

Page: 5

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-16467-ABL  
**Case Name:** SATTCOM VIDEO, LLC  

**Period Ending:** 12/13/21

**Trustee:** (007422) Brian D. Shapiro  
**Filed (f) or Converted (c):** 10/29/18 (f)  
**§341(a) Meeting Date:** 04/08/19  
**Claims Bar Date:** 07/15/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | 12-21-20 - Being aware of the potential defenses to this case, matter was settled at $17,500.00; subject to BK Court approval and receipt of funds. 1-14-21 signed settlement agreement. Motion to approve settlement filed 1-19-21; hearing 2-23-21. Order approving settlement entered 2-25-21, doc 284. |  |  |  |  |  |
| 28 | Avoidable Transfer Claim: Synchrony Bank (u)<br>   5-7-20 Order entered approving employment of cousel to pursue claim. 10-26-20 Complaint filed, adversary case no. 20-1153. Settlement reached for $16,171.57; motion to approve settlement filed 5-11-21. 6-29-21 Order approving settlement with Synchrony Bank, doc 371 | 0.00 | 64,686.28 |  | 16,171.57 | FA |
| 29 | Avoidable Transfer Claim: Wells Fargo (u)<br>   Value of claim: $511,884.95 pre-peitition transfer; $39,797.40 post petition transfer. 5-7-20 Order entered approving employment of cousel to pursue claim. 10-22-20 Complaint filed, adversary case no. 20-1147. Settlement reached for $127,963.35; motion to approve filed 4-26-21. 6-24-21 Order approving settlement with Wells Fargo entered; doc 364 | 0.00 | 551,682.35 |  | 127,963.35 | FA |
| 30 | Avoidable Transfer Claim: US Bank (u)<br>   Value of claim: $72,071.12 pre-peitition transfer; $1,244.53 post petition transfer. 5-7-20 Order entered approving employment of cousel to pursue claim. 10-27-20 Complaint filed, adversary case no. 20-1155. Matter resolved, subject to BK Court approval, for $30,000. 3-8-21 Moition to approve settlement filed; hearing 4-21-21. Order approving settlement entered 4-26-21, doc 322. | 0.00 | 73,315.65 |  | 30,000.00 | FA |
| 31 | Avoidable Transfer Claim: PHH Mortgage Corp (u)<br>   5-7-20 Order entered approving employment of cousel to pursue claim. Complaint to avoid transfer filed 10-23-20, Case No. 20-1148. 6-1-21 Settlement for $12,000 reached; motion to approve settlement filed. 7-14-21 Order approving settlement with PHH Mtg entered, doc 373 | 0.00 | 34,803.39 |  | 12,000.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 6

**Case Number:** 18-16467-ABL  
**Case Name:** SATTCOM VIDEO, LLC  

**Period Ending:** 12/13/21

**Trustee:** (007422) Brian D. Shapiro  
**Filed (f) or Converted (c):** 10/29/18 (f)  
**§341(a) Meeting Date:** 04/08/19  
**Claims Bar Date:** 07/15/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 32 | Avoidable Transfer Claim: Capital One Auto Fin. (u)<br>   5-7-20 Order entered approving employment of cousel to pursue claim. 10-26-20 Complaint filed, adversary case no. 20-1149.  Case settled for $16,300. Motion to approve settlement filed 1-19-21; hearing 2-23-21. Order approving settlement entered 2-25-21, doc 285. | 0.00 | 24,722.00 | | 16,300.00 | FA |
| 33 | Avoidable Transfer Claim: Jennifer Aycock (u)<br>   Value: $27,000 pre-petition transfers; $10,000 unjust enrichment. 5-7-20 Order entered approving employment of cousel to pursue claim. 10-26-20 Complaint filed, adversary case no. 20-1150. After further review - appeared uncollectable and dismissed without prejudice - case closed. | 0.00 | 37,000.00 | | 0.00 | FA |
| 34 | Avoidable Transfer Claim: Bank of America (u)<br>   5-7-20 Order entered approving employment of cousel to pursue claim. 10-26-20 Complaint filed, adversary case no. 20-1151. Agreed to settle for 36600K.  Motion to approve settlement with BofA filed; hearing calendared 5-11-21. Order approving settlement entered 5-12-21, doc 334 | 0.00 | 121,958.28 | | 36,600.00 | FA |
| 35 | Avoidable Transfer Claim: Harmon Gaming Co (u)<br>   5-7-20 Order entered approving employment of cousel to pursue claim. 10-26-20 Complaint filed, adversary case no. 20-1154. 12-23-20 Paid in full by Hard Rock Casino. Order approving resolution entered 12-29-20, doc 9 (in adversary proceeding). | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 36 | Avoidable transfer claim against Nevada (u)<br>   Spendthrift Retirement Trust<br><br>5-7-20 Order entered approving employment of cousel to pursue claim. 1-29-21 Complaint filed, adversary case no.  21-1014. Per counsel, estate will need to obtain judgment and garnish account but will need beneficiary of trust to cooperate. Value will be diminished to less than $5,000 after costs. 8-6-21 per advice of counsel dismissing case due to diminised | 0.00 | 25,000.00 | | 0.00 | FA |

Exhibit 8

Page: 7

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-16467-ABL  
**Case Name:** SATTCOM VIDEO, LLC  

**Trustee:** (007422) Brian D. Shapiro  
**Filed (f) or Converted (c):** 10/29/18 (f)  
**§341(a) Meeting Date:** 04/08/19  

**Period Ending:** 12/13/21  
**Claims Bar Date:** 07/15/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| value. | | | | | |
| 36   Assets   Totals (Excluding unknown values) | $386,027.22 | $3,673,276.72 | | $761,992.80 | $0.00 |

**Major Activities Affecting Case Closing:**

CASE MEMOS:

9-24-21 ORDER TO PAY ENTERED; DISTRIBUTION

9-23-21 ORDER TO PAY UPLOADED

8-22-21 NFR FILED/NOH FILED AND SET FOR 9-23-21

8-20-21 TFR FILED

8-19-21 TFR PREPARED

8-9-21 Adversary case against NV Spendthrift Trust closed

8-6-21 Per advice of counsel, dismissing case against NV Spendthrift trust due to dwindling value.

8-4-21 Orders approving stipulations for claims 2-4 entered (see notes in claims)

8-3-21 Stipulations filed to reclassify claims 2-4 as unsecured; orders uploaded

7-16-21 Order to pay counsel entered; doc 376. Payment issued.

7-14-21 Order approving settlement with PHH Mtg entered, doc 373

6-29-21 Order approving settlement with Synchrony Bank, doc 371

6-24-21 Received via UPS Check # 900030740 for $16,171.57 from Marvin R Smith, Jr. for Synchrony Bank settlement

6-24-21 Order approving settlement with Chase entered; doc 365.

6-24-21 Order approving settlement with Wells Fargo entered; doc 364

6-15-21 Counsel Atkinson filed fee application, hearing 7-14-21 1:30pm

06-14-21 Received Check # 1010403997 for $127,963.35 from WF Bank.

06-14-21 Received Check # 6930 for $12,000.00, from PHH Mortgage via Robert Atkinson.

6-1-21 Motion to approve settlement with PHH Mortgage filed; hearing calendared 7-13-21

5-26-21 Received Check # 0045253742 for $66,557.24 from JPMorgan Chase & Co via FedEx

5-13-21 Motion to approve settlement with Chase filed; hearing 6-22-21

5-12-21 Received 3 BofA Checks from FedEx via Robert Atkinson.  Check # 39269477 for $15,034.00, #39269460 for $ 18,371.00, #39240748 for $ 3,195.00

5-12-21 Order approving settlement with Bank of America entered, doc 334. Order approving settlement with Amex entered, doc 335. Order approving settlement with Citi entered; doc 336.

5-11-21 Motion to approve settlement with Synchrony Bank filed; hearing 6-22-21

5-3-21 Received via hand delivery, US Bank Check # 6883651 for $30K

4-26-21 Motion to approve settlement with Wells Fargo Bank filed; hearing calendared 6-22-21

4-26-21 Order approving settlement with US Bank entered, doc 322

3-30-21 Motion to approve settlement with BofA filed; hearing calendared 5-11-21

3-29-21 Motions to approve settlement with Citibank and American Express filed; hearings calendared 5-11-21

3-23-21 Order approving settlement with TD Bank/Target entered; doc 301

3-8-21 motion to approve settlement with US Bank filed by counsel, hearing 4-21-21

Exhibit 8

Page: 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-16467-ABL  
**Case Name:** SATTCOM VIDEO, LLC  
**Period Ending:** 12/13/21

**Trustee:** (007422)   Brian D. Shapiro  
**Filed (f) or Converted (c):** 10/29/18 (f)  
**§341(a) Meeting Date:** 04/08/19  
**Claims Bar Date:** 07/15/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

03-02-21 Spoke with Teresa at UST - advised her of error in deposit and sent her an email confirming the error so UST is aware for future inqury.  Email from Teresa confirming receipt.

02-25-21 Check for $99,999 was erroneously deposited as $999,999; upon discovery of the error, banking unit of stretto was advised and was told to wait for bank to reject and then redeposit.

02-25-21 Received Check # 0602004449 for $99,999.00, from Citigroup Payment Services in the mail.

2-25-21 Orders entered approving settlements with BMW, Discover, HSBC and Capital One.

2-23-21 Settlement motion re Target/TD Bank filed; hearing 3-23-21

2-19-21 Received Check #3267462 for $4,000.00 from Target Corporation in settlement of case

2-17-21 Received Check # 161072499 for $17,500.00 from BMW Financial Services in settlement of case

2-1-21 Bank denied image of Discover Check; deposit reversed and check redeposited.

1-28-21 Signed Settlement Agreement with Citibank - awaiting Citi to sign and then 9019 hearing

1-26-21 Settlement Reached with TD Bank for $4,000

1-26-21 Received settlement check from discovercard for $17,500.

1-26-21 Motion to approve settlement with BMW and HSBC filed.

1-25-21 Signed settlement docs with HSBC - hearing set for 2-23-21

1-25-21 Signed settlement agreement with BMW and Dec in Support for 9019 for $17,500 - hearing 2-23-21

1-19-21 Counsel filed motions to approve settlement with Capital One and Discover; hearing 2-23-21

1-14-21 Signed settlement agreement with Discover Card - case settled for $17,500 - 2001146 (subject to Court approval)

1-10-21 Email to accountant confirm corporation pass through and does not file its own returns.

1-08-21 Signed Settlement Agreement with Capital One Auto Finance - Case Settled for $16,300.00 - 20-01149 (subject to Court approval)

12-23-20 Received check 1541 from Hard Rock Casino; payment in full on avoidable transfer claim against Harmon Gaming, AP 1154

12-09-20 HSBC settled for $3,500; Citibank settled for $99,999 (all subject to court approval)

10-27-20 Complaint filed to avoid transfer claim against US Bank National Assoc

10-27-20 Complaint filed to avoid transfer claim against Harmon Gaming Company

10-27-20 Complaint filed to avoid transfer claim against Synchrony Bank

10-26-20 Complaint filed to avoid transfer claim against Bank of America

10-26-20 Complaint filed to avoid transfer claim against Jennifer Aycock

10-26-20 Complaint filed to avoid transfer claim against Capital One

10-23-20 Complaint filed to avoid transfer claim against PHH Mortgage Corp.

10-22-20 Complaint filed to avoid transfer claim against Wells Fargo

10-21-20 Complaint filed to avoid transfer claim against Discover

10-19-20 Complaint filed to avoid  transfer claim against American Express

10-16-20 Meeting with accountant pertaining to estate tax returns.

10-14-20 - Complaint filed to avoid  transfer claim against JPMorgan Chase

10-6-20 Complaint filed avoid  transfer claim against Citibank

10-5-20 - Complaint filed to avoid transfer claim against BMW

8-26-20 - Complaint filed to avoid transfer against TD Bank dba Target

8-25-20 - Complaint filed to avoid  transfer against HSBC

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-16467-ABL  
**Case Name:** SATTCOM VIDEO, LLC  
**Period Ending:** 12/13/21

**Trustee:** (007422) Brian D. Shapiro  
**Filed (f) or Converted (c):** 10/29/18 (f)  
**§341(a) Meeting Date:** 04/08/19  
**Claims Bar Date:** 07/15/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

7-23-20 - Follow up re estate tax returns  
5-15-20 - Order entered employing Healey  
5-14-20 - Filed app/order to employ Healey  
5-7-20 - order entered approving supplemental employment of Atkinson for the estate to pursue FT claims against numerous entities on contingency basis.  
3-26-20 - order approving trustee's attorney fees approved by court (interim)  
2-3-20 - Order entered approving settlement with Capital One  
1-16-20 - Order entered approving settlement with L&S Counselors  
1-16-20 - Order entered approving settlement with Leventhal & Assoc  
1-16-20 - Order entered appoving settlement with Goldsmith & Guymon  
12-27-19 - 9019 mtn filed for Capital One; hrg set 1-29-20  
12-4-19 - 9019 mtns filed for Goldsmith & Guymon, Leventhal and Assoc, L&S Counselors; hrg set 1-14-20  
11-18-19 - UPDATE: only 1 AP left - Capital One. Rec'd funds for Goldsmith & Guymon settlement, order pending  
11-12-19 signed off on settlement agreement with Goldsmith and Guymon  
10-23-19 - Order entered approving settlement with Kabbage, Inc.  
10-7-19 Answer filed in Capital One Bank  
9-20-19 - 9019 mtn filed with Kabbage, Inc; hrg set 10-22-19  
9-12-19 - UPDATE: AP with Kabbage resolved, settled for $63,647.50 which is $5,000 less than claimed.  
8-12-19 - Claims reviewed: potential objection to POC 7  
8-2-19 - Order entered approving mtn to settle with Sattler AV re recovery of transferred property  
7-23-19 - APs filed against Kabbage, Inc and Capital One Bank re recovery of transferred property  
7-1-19 - Order entered approving mtn to settle with Majestic Peak  
5-16-19 -  Counsel filed mtn to approve settlement with Majestice Peak Capital Funding re vehicle; hrg set 6-26-19  
4-15-19 - Counsel determined there is a potential recovery of funds from sale of real property. RA will file a motion to freeze bank account and then proceed to try to recover.  
4-8-19 MEETING RESULTS: CONCLUDED ASSET  
4-5-19 - Order employing RA entered  
3-5-19 - Atkinson filed employment app; hrg set 4-3-19

**Initial Projected Date Of Final Report (TFR):** April 30, 2020        **Current Projected Date Of Final Report (TFR):** August 19, 2021  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 18-16467-ABL | | **Trustee:** | Brian D. Shapiro (007422) |
| **Case Name:** | SATTCOM VIDEO, LLC | | **Bank Name:** | Mechanics Bank |
| | | | **Account:** | ******2666 - Checking Account |
| **Taxpayer ID #:** | **-***9352 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 12/13/21 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/15/19 | {17} | Lex Project Management LLC | Turnover of settlement funds. Order entered 7-1-19. DE 154 | 1241-000 | 15,000.00 | | 15,000.00 |
| 06/18/19 | {16} | Lex Project Management LLC | Turnover of settlement funds. Order entered 8-2-19. DE 160 | 1241-000 | 17,508.00 | | 32,508.00 |
| 07/29/19 | | Deposit | Deposit in error | 1290-000 | 10,000.00 | | 42,508.00 |
| 08/02/19 | | Deposit | Deposit return | 1290-000 | -5,000.00 | | 37,508.00 |
| 08/02/19 | | Deposit | Deposit Return | 1290-000 | -5,000.00 | | 32,508.00 |
| 09/17/19 | {14} | Kabbage, Inc. | Turnover of settlement funds. Order entered 10-23-19. DE 170 | 1241-000 | 63,647.50 | | 96,155.50 |
| 11/18/19 | {18} | Goldsmith & Guymon, PC | Turnover of settlement funds. Order entered 1-16-20. DE 196 | 1241-000 | 8,346.14 | | 104,501.64 |
| 12/02/19 | {19} | Leventhal and Associates, PLLC | Turnover of settlement funds. Order entered 1-16-20. DE 197 | 1241-000 | 9,000.00 | | 113,501.64 |
| 12/06/19 | {20} | L&S Counselors at Law | Turnover of settlement funds. Order entered 1-16-20. DE 198 | 1241-000 | 5,400.00 | | 118,901.64 |
| 02/14/20 | {15} | Capital One Services, LLC | Turnover of settlement funds per order entered 2-3-20. DE 204 | 1241-000 | 7,000.00 | | 125,901.64 |
| 03/28/20 | | ATKINSON LAW ASSOCIATES, LTD. | Fees per order entered 3-26-20. DE 216 | 3210-000 | | 67,051.00 | 58,850.64 |
| 03/28/20 | | ATKINSON LAW ASSOCIATES, LTD. | Expenses per order entered 3-26-20. DE 216 | 3220-000 | | 2,505.15 | 56,345.49 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 96.91 | 56,248.58 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 89.90 | 56,158.68 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 86.76 | 56,071.92 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 95.59 | 55,976.33 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 92.45 | 55,883.88 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 86.34 | 55,797.54 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 95.13 | 55,702.41 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 89.03 | 55,613.38 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 85.92 | 55,527.46 |
| 12/22/20 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 55,527.46 | 0.00 |
| | | | ACCOUNT TOTALS | | 125,901.64 | 125,901.64 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 55,527.46 | |
| | | | Subtotal | | 125,901.64 | 70,374.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $125,901.64 | $70,374.18 | |

{} Asset reference(s)

Printed: 12/13/2021 10:21 AM     V.20.36

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 18-16467-ABL  
**Case Name:** SATTCOM VIDEO, LLC  

**Taxpayer ID #:** **-***9352  
**Period Ending:** 12/13/21  

**Trustee:** Brian D. Shapiro (007422)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******9272 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/20 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 55,527.46 | | 55,527.46 |
| 12/24/20 | {35} | Hard Rock Casino | Receipt of avoidable transfer funds in AP 20-1154 against Harmon Gaming per order entered 12-29-20, doc 9 (in adversary proceeding) | 1241-000 | 10,000.00 | | 65,527.46 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 99.23 | 65,428.23 |
| 01/22/21 | {21} | HSBC Bank USA, NA | Settlement proceeds from settlement of avoidable transfer; order approving entered 2-25-21, doc 286 | 1241-000 | 3,500.00 | | 68,928.23 |
| 01/26/21 | {27} | Discover | Payment of settlement funds for avoidable transfer settlement with Discover Financial Services; order approving pending. | 1241-000 | 17,500.00 | | 86,428.23 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 105.47 | 86,322.76 |
| 01/29/21 | {27} | Discover | Bank image issue. Re-Deposit. | 1241-000 | -17,500.00 | | 68,822.76 |
| 02/01/21 | {27} | Discover Financial Services | Payment of settlement funds for avoidable transfer settlement with Discover Financial Services; order approving entered 2-25-21, doc 284 | 1241-000 | 17,500.00 | | 86,322.76 |
| 02/17/21 | {23} | BMW Financial Services NA, LLC | Payment of settlement funds per settlement reached with BMW. Order approving entered 2-25-21, doc 284 | 1241-000 | 17,500.00 | | 103,822.76 |
| 02/19/21 | {22} | Target Corporation | Turnover of settlement funds in avoidable transfer claim against TD Bank; order approving entered 3-23-21, doc 301 | 1241-000 | 4,000.00 | | 107,822.76 |
| 02/24/21 | {32} | Capital One, N.A. | ACH Payment of funds in settlement of avoidable transfer with Capital One. Order approving entered 2-25-21, doc 285 | 1241-000 | 16,300.00 | | 124,122.76 |
| 02/25/21 | {24} | Citigroup Payment Services | Turnover of funds in settlement of avoidable transfer claim against Citibank. Order approving settlement entered 5-12-21; doc 336. | 1241-000 | 999,999.00 | | 1,124,121.76 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 189.82 | 1,123,931.94 |
| 03/04/21 | {24} | Citigroup Payment Services | Posted to Cure Error in Original Deposit of $999,999 in lieu of $99,999 | 1241-000 | -900,000.00 | | 223,931.94 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 635.20 | 223,296.74 |
| 04/09/21 | {25} | AMERICAN EXPRESS | Receipt of funds (wire transfer) in settlement of avoidable transfer against Amex; Order approving entered 5-12-21, doc 335 | 1241-000 | 178,000.00 | | 401,296.74 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 557.58 | 400,739.16 |

Subtotals : $402,326.46    $1,587.30

{} Asset reference(s)

Printed: 12/13/2021 10:21 AM    V.20.36

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 18-16467-ABL | | **Trustee:** | Brian D. Shapiro (007422) |
| **Case Name:** | SATTCOM VIDEO, LLC | | **Bank Name:** | Metropolitan Commercial Bank |
| | | | **Account:** | ******9272 - Checking Account |
| **Taxpayer ID #:** | **-***9352 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 12/13/21 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/04/21 | {30} | US Bank | Payment of funds in settlement of avoidable transfer per order entered 4-26-21, doc 322. | 1241-000 | 30,000.00 | | 430,739.16 |
| 05/13/21 | {34} | Bank of America | Payment 1 of 3 in settlement of avoidable transfer claim with Bank of America; order approving settlement entered 5-12-21, doc 334 | 1241-000 | 15,034.00 | | 445,773.16 |
| 05/13/21 | {34} | Bank of America | Payment 2 of 3 in settlement of avoidable transfer claim with Bank of America; order approving settlement entered 5-12-21, doc 334 | 1241-000 | 18,371.00 | | 464,144.16 |
| 05/13/21 | {34} | Bank of America | Payment 3 of 3 in settlement of avoidable transfer claim with Bank of America; order approving settlement entered 5-12-21, doc 334 | 1241-000 | 3,195.00 | | 467,339.16 |
| 05/26/21 | {26} | JPMorgan Chase & Co | Turnover of funds in settlement of avoidable transfer claim against Chase. 6-24-21 order approving settlement with Chase entered; doc 365. | 1241-000 | 66,557.24 | | 533,896.40 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 669.20 | 533,227.20 |
| 06/15/21 | {29} | Wells Fargo Bank NA | Turnover of funds in settlement of avoidable transfer with Wells Fargo. 6-24-21 Order approving settlement with Wells Fargo entered; doc 364 | 1241-000 | 127,963.35 | | 661,190.55 |
| 06/15/21 | {31} | PHH Mortgage Corporation | Turnover of funds in settlement of avoidable transfer with PHH Mtg. 7-14-21 Order approving settlement with PHH Mtg entered, doc 373 | 1241-000 | 12,000.00 | | 673,190.55 |
| 06/25/21 | {28} | Synchrony Financial | Turnover of funds in settlement of avoidable transfer claim against Synchrony Financial. 6-29-21 Order approving settlement with Synchrony Bank, doc 371. | 1241-000 | 16,171.57 | | 689,362.12 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 1,056.56 | 688,305.56 |
| 07/16/21 | 10101 | ATKINSON LAW ASSOCIATES, LTD. | Payment of attorney fees per order entered 7-16-21, doc 376 | 3210-000 | | 222,631.91 | 465,673.65 |
| 07/16/21 | 10102 | ATKINSON LAW ASSOCIATES, LTD. | Payment of attorney's expenses per order entered 7-16-21, doc 376 | 3220-000 | | 7,071.24 | 458,602.41 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 968.18 | 457,634.23 |
| 09/24/21 | 10103 | Brian Shapiro | Dividend paid 100.00% on $41,349.64, Trustee Compensation;  Reference: | 2100-000 | | 41,349.64 | 416,284.59 |
| 09/24/21 | 10104 | Brian D. Shapiro | Dividend paid 100.00% on $711.04, Trustee Expenses;  Reference: | 2200-000 | | 711.04 | 415,573.55 |
| 09/24/21 | 10105 | JULIE RUSSELL | Dividend paid   1.86% on $132,404.00; Claim# | 7100-000 | | 2,470.70 | 413,102.85 |

Subtotals :        $289,292.16        $276,928.47

{} Asset reference(s)

Printed: 12/13/2021 10:21 AM     V.20.36

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 18-16467-ABL | | Trustee: | Brian D. Shapiro (007422) |
|---|---|---|---|---|
| Case Name: | SATTCOM VIDEO, LLC | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******9272 - Checking Account |
| Taxpayer ID #: | **-***9352 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/13/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 2; Filed: $132,404.00; Reference: | | | | |
| 09/24/21 | 10106 | GRANT WHITCHER | Dividend paid   1.86% on $3,628,666.00; Claim# 3; Filed: $3,628,666.00; Reference: | 7100-000 | | 67,711.77 | 345,391.08 |
| 09/24/21 | 10107 | JAMES RUSSELL | Dividend paid   1.86% on $9,973,489.00; Claim# 4; Filed: $9,973,489.00; Reference: | 7100-000 | | 186,107.66 | 159,283.42 |
| 09/24/21 | 10108 | Mary Cassidy | Dividend paid   1.86% on $1,180,652.97; Claim# 5; Filed: $1,180,652.97; Reference: | 7100-000 | | 22,031.26 | 137,252.16 |
| 09/24/21 | 10109 | Joseph Cassidy | Dividend paid   1.86% on $7,177,328.47; Claim# 6; Filed: $7,177,328.47; Reference: | 7100-000 | | 133,930.64 | 3,321.52 |
| 09/24/21 | 10110 | American Express National Bank | Dividend paid   1.86% on $178,000.00; Claim# 8; Filed: $178,000.00; Reference: | 7100-000 | | 3,321.52 | 0.00 |
| | | | ACCOUNT TOTALS | | 691,618.62 | 691,618.62 | $0.00 |
| | | | Less: Bank Transfers | | 55,527.46 | 0.00 | |
| | | | Subtotal | | 636,091.16 | 691,618.62 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $636,091.16 | $691,618.62 | |

| | |
|---|---|
| Net Receipts : | 761,992.80 |
| Net Estate : | $761,992.80 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2666 | 125,901.64 | 70,374.18 | 0.00 |
| Checking # ******9272 | 636,091.16 | 691,618.62 | 0.00 |
| | $761,992.80 | $761,992.80 | $0.00 |